**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF ) | | |
| ) | | |
| DARIN WILLIAM STUTZMAN ) | BANKRUPTCY CASE NUMBER 08-12160 | |
| CONSTANCE RUTHANNE STUTZMAN ) | CHAPTER 7 | |
| ) | | |
| DEBTORS. ) | | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 5 | Target National Bank<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, Washington   98121 | $ 3.73 |
| CLAIM # 7 | eCAST Settlement Corp./<br>  HSBC Bank<br>Post Office Box 35480<br>Newark, New Jersey   07193-5480 | $ 4.38 |
| | **TOTAL:** | **$ 8.11** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of March, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven